UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ALEXANDER REYES SANCHEZ, | No.  1:26-cv-02243-SKO (HC) |
| Petitioner, | NEW CASE NUMBER |
| v. | |
| ACTING WARDEN, FCI-HERLONG, | |
| Respondent. | ORDER OF TRANSFER |

Petitioner, a federal prisoner, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Petitioner claims the Bureau of Prisons is wrongly calculating his sentence. He is currently incarcerated at FCI-Herlong and was incarcerated there at the time he filed the instant petition. FCI-Herlong is located in Lassen County, which is located in the Sacramento Division of

1

the Eastern District of California.  Since Petitioner is challenging the execution of his sentence and the events giving rise to his claims took place at FCI-Herlong in Lassen County, California, the petition should have been filed in the Sacramento Division.  In the interest of justice, a federal court may transfer a case to the appropriate district.  See 28 U.S.C. § 1406(a).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated:   **March 25, 2026**                             /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2